# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00621-CV

**In re Paul Vincent Morinville**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The Petition for Writ of Mandamus is denied.

G. Alan Waldrop, Justice

Before Chief Justice Law, Justices Waldrop and Henson

Filed:   December 19, 2007